

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004279596
$ 00.40⁶
DEC 18 2014
MAILED FROM ZIP CODE 78701

RE: WR-80,867-01

TONY ALLEN WILBURN
BOYD UNIT - TDC #1807746

U TF

200 SPUR 113 75860